IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JOHN HUDDLESTON, Individually and For Others Similarly Situated** § § § § §<br><br>**Plaintiff,** § §<br><br>vs. §<br><br>**FORGE GLOBAL INDUSTRIES, INC. f/k/a GULF COAST TANK AND CONSTRUCTION CO.** § § § § §<br><br>**Defendant.** § | **CIVIL ACTION NO. 4:23-CV-01097** |

## JOINT NOTICE OF SETTLEMENT

The purpose of this Joint Notice of Settlement is to apprise the Court that Plaintiff and Defendant have reached a settlement in principle that will resolve all claims asserted by Plaintiff. The parties are in the process of finalizing settlement terms and expect to file a Joint Stipulation of Dismissal with the Court within forty-five (45) days from the filing of this Joint Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all active deadlines be stayed pending finalization of their settlement.

| | |
|---|---|
| Dated May 5, 2023 | Respectfully submitted, |

*/s/ Andrew Dunlap (w/permission)*
**Michael A. Josephson**
TX Bar No. 24014780
**Andrew W. Dunlap**
TX Bar No. 24078444
JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Suite 350
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com

**AND**

**Richard J. (Rex) Burch**
TX Bar No. 24001807
BRUCKNER BURCH PLLC
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknrburch.com

**ATTORNEYS FOR PLAINTIFF
& PUTATIVE CLASS MEMBERS**

*/s/ Allison C. Williams*
**Allison C. Williams** (*Attorney-in-Charge*)
State Bar No. 24075108
Federal I.D. No. 1138493
acwilliams@littler.com
**N. Brenda Adimora**
State Bar No. 24109563
Federal I.D. No. 3805266
badimora@littler.com
LITTLER MENDELSON P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010
713.951.9400 (Telephone)
713.951.9212 (Telecopier)

**ATTORNEYS FOR DEFENDANT
FORGE GLOBAL INDUSTRIES, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on May 5, 2023, a true and correct copy of the foregoing was served on all counsel of record by the Court's ECF system, including:

Michael A. Josephson
Andrew W. Dunlap
JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
mjospheson@mybackwages.com
adunlap@mybackwages.com

Richard J. Burch
BRUCKNER BURCH PLLC
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
rburch@brucknerburch.com

                                                         */s/ Allison C. Williams*
                                                         Allison C. Williams

4875-1843-3121.1 / 120388-1001