United States District Court
Southern District of Texas
**ENTERED**
May 15, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN HUDDLESTON § | |
| § | |
| VS § | CIVIL ACTION NO. 4:23-1097 |
| § | |
| FORGE GLOBAL INDUSTRIES, INC, et al § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached (*see* Doc. No. 10). The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within forty-five days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next forty-five days.

SIGNED at Houston, Texas, this ___13th___ day of May, 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE